IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.:  3:23-cv-04987-CMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $524,015.40 IN UNITED STATES CURRENCY, | ) | |
| Asset ID: 23-DEA-704737, | ) | |
| | ) | |
| Defendant *in Rem*. | | |

**APPLICATION FOR WARRANT FOR ARREST OF ARTICLES *in Rem***

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest in Rem of its application, the United States says the following:

1. On October 5, 2023, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case, which seeks the forfeiture of $524,015.40 in United States currency, ("Defendant Currency").

2. The Defendant Currency is in the possession of the United States.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest *in rem*.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | ADAIR F. BOROUGHS<br>UNITED STATES ATTORNEY |
|  | By:  *s/Carrie Fisher Sherard*<br>Carrie Fisher Sherard #10134<br>Assistant United States Attorney<br>55 Beattie Place, Suite 700<br>Greenville, SC 29601<br>(864) 282-2100 |
| October 5, 2023 |  |