AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 3:23-4987-JFA |
| 524,015.40 dollars in United States Currency, Asset ID: 23-DEA-704737 | ) | |
| *Defendant* | ) | |
| v. | ) | |
| Victor Ernesto Villagomez Sanchez | | |
| Interested Party | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the sum of $314,409.24 of the Defendant Currency is to be returned to Victor Ernesto Villagomez Sanchez, and the sum of $209,606.16 of the Defendant Currency is hereby forfeited to the United States, and all other claims to the defendant funds are forever foreclosed and barred.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph F. Anderson, Jr., US District Judge, presiding. The Court having granted the parties' joint motion for entry of Consent Order of Forfeiture.

Date: January 29, 2025

*ROBIN L. BLUME, CLERK OF COURT*

*s/Jennifer Peterson*

*Signature of Clerk or Deputy Clerk*